















```
KSR    11/13/01    13:38
3:01-CV-01777    SUSTEREN V. JONES
*14*
*DECL.*
```

```
 1 │ BILL LOCKYER
   │    Attorney General of the State of California
 2 │ MANUEL M. MEDEIROS
   │    Senior Assistant Attorney General
 3 │ LOUIS R. MAURO
   │    Supervising Deputy Attorney General
 4 │ SUSAN R. OIE
   │    Deputy Attorney General
 5 │    State Bar No. 72140
   │       1300 I Street, Suite 125
 6 │    P.O. Box 944255
   │    Sacramento, CA  94244-2550
 7 │    Telephone:  (916) 324-5345
   │    Fax:  (916) 324-8835
 8 │
 9 │ Attorneys for Defendant
   │ BILL JONES, CALIFORNIA SECRETARY OF STATE
10 │
```

FILED
01 NOV -9 AM 10: 07
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ADAM VAN SUSTEREN,<br><br>                                Plaintiff,<br><br>v.<br><br>BILL JONES, in his official capacity as California Secretary of State; MIKEL HAAS, in his official capacity as Registrar of Voters,<br><br>                                Defendants. | CASE NO. CV 01-1777 BTM (POR)<br><br>DECLARATION OF MELISSA WARREN IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>DATE:  November 23, 2001<br>TIME:  11:00 a.m.<br>ROOM:  15<br><br>The Honorable Barry Ted Moskowitz |
|---|---|

I, Melissa Warren, declare as follows:

1.     I am employed at the Office of the Secretary of State and have been for the last 21 years. For the last six years, I have served in the Elections Division, the last three as Manager of the Candidates and Elections program. I am responsible for the operations of the Candidates and Elections program and am responsible for the Secretary of State's duty for certification of state and statewide-level candidates who have met all of the requirements for ballot access.

1  2.  There are three ways to seek nomination/election to the office for House of Representatives: (a) by filing a declaration of candidacy, nomination petition and filing fee as a partisan candidate representing one of the seven qualified political parties; (b) as an independent candidate; or (c) as a write-in candidate.

3.  As a partisan candidate, Mr. VAN SUSTEREN fails to meet the requirement of Elections Code section 8001(a) (2) that he be disaffiliated from any other qualified political party for the twelve months preceding the close of the nomination period. The candidate qualification procedures, including the disaffiliation requirements established in the Elections Code, serve the State's interest in maintaining the integrity of the various routes to the ballot.

4.  Elections Code section 8300, *et seq.*, provides a method for the nomination of non-partisan or independent candidates to partisan public offices. However, Mr. VAN SUSTEREN cannot now qualify as an independent because he failed to become disaffiliated from any qualified political party by October 5, 2001, as required by Elections Code section 8550(f).

5.  Elections Code section 8600, *et seq.*, provides a method for nomination as a write-in candidate. Under these procedures, Mr. VAN SUSTEREN can file for any party's nomination.

6.  I am aware of candidates who, because of the Election Code disaffiliation requirements or other defect in their filing process, have gone on to become write-in candidates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that, if called as a witness, I could competently testify thereto. Executed this 8th day of November, 2001, at Sacramento, California.

*Melissa Warren*
MELISSA WARREN