















```
KSR    11/13/01    13:40
3:01-CV-01777   SUSTEREN V. JONES
*15*
*STMTFACTS.*
```

1  BILL LOCKYER
     Attorney General of the State of California
2  MANUEL M. MEDEIROS
     Senior Assistant Attorney General
3  LOUIS R. MAURO
     Supervising Deputy Attorney General
4  SUSAN R. OIE
     Deputy Attorney General
5    State Bar No. 72140
       1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA  94244-2550
7    Telephone:  (916) 324-5345
     Fax:  (916) 324-8835
8

9  Attorneys for Defendant
   BILL JONES, CALIFORNIA SECRETARY OF STATE
10

11

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| ADAM VAN SUSTEREN, | CASE NO. CV 01-1777 BTM (POR) |
|---|---|
| Plaintiff, | DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| BILL JONES, in his official capacity as California Secretary of State; MIKEL HAAS, in his official capacity as Registrar of Voters, | |
| Defendants. | DATE:     November 23, 2001<br>TIME:     11:00 a.m.<br>ROOM:    15<br><br>The Honorable Barry Ted Moskowitz |

        Defendant BILL JONES hereby submits the following Separate Statement of

Undisputed Facts and Supporting Evidence in Support of Opposition to Plaintiff's Motion for

Summary Judgment.

//

//

                                          1.

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. On 10/03/00, Plaintiff registered to vote as a Republican. | 1. Complaint, ¶ 5. |
| 2. On 5/29/01, Plaintiff registered to vote as an "undeclared." | 2. Complaint, ¶ 6. |
| 3. On 6/19/01, Plaintiff registered to vote as a Libertarian. | 3. Complaint, ¶ 7. |
| 4. On September 28, 2001, Plaintiff filed a petition to obtain ballot access and fee waiver to run for the United States House of Representatives as a Libertarian Party candidate. | 4. Complaint, ¶ 8. |
| 5. On September 30, 2001, Plaintiff was informed by the Office of the Registrar of Voters in San Diego County that he was not eligible to file as a partisan candidate because he did not satisfy the requirements of California Elections Code, section 8001, subdivision (a)(2). | 5. Complaint, ¶ 8. |
| 6. California has a valid interest in controlling the number of candidates on the ballot and in maintaining the integrity of the various routes to the ballot. | 6. Declaration of Melissa Warren, ¶ 3. |
| 7. California has three methods to seek nomination or election to the House of Representatives: (1) filing a declaration of candidacy, nomination petition and filing fee as a partisan candidate representing one of the seven qualified political parties; (2) as an independent candidate; or (3) as a write-in candidate. | 7. Declaration of Melissa Warren, ¶ 2. |
| 8. Plaintiff cannot qualify as a partisan candidate representing the Libertarian Party because he was not disaffiliated from any other political party for the twelve months preceding the close of the nomination period. | 8. Declaration of Melissa Warren, ¶ 3; Elections Code section 8001, subdivision (a)(2). |

//

//

//

2.

| | | |
|---|---|---|
| 9. | As of the date Plaintiff attempted to file his petition, he could have qualified as an independent candidate for member of the House of Representatives, but cannot now do so because he was not disaffiliated from a qualified political party as of October 5, 2001. | 9.   Declaration of Melissa Warren, ¶ 4; Elections Code section 8550, subdivision (f). |
| 10. | Plaintiff can still file for any party's nomination as a write-in candidate. | 10.   Declaration of Melissa Warren, ¶ 5; Elections Code section 8600, *et seq.* |

Dated:  November 7, 2001

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

MANUEL M. MEDEIROS
 Senior Assistant Attorney General

LOUIS R. MAURO
Supervising Deputy Attorney General

*[signature]*

SUSAN R. OIE
Deputy Attorney General

Attorneys for Appellees/Defendants

3.

Defendant's Separate Statement of Undisputed Facts in Support of Opposition to Motion for Summary Judgment