















```
KSR    11/27/01    9:28
3:01-CV-01777   SUSTEREN V. JONES
*25*
*O.*
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ADAM VAN SUSTEREN, | CASE NO. 01cv1777 BTM(POR) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| BILL JONES, in his official capacity as California Secretary of State; SALLY MCPHERSON, in her official capacity as Registrar of Voters, | |
| Defendants. | |

On November 21, 2001, Plaintiff Adam Van Susteren filed a motion for temporary restraining order ("TRO") to restrain Defendants from not allowing Plaintiff to file for ballot access by the November 26, 2001 deadline. The Court heard oral argument on the TRO on November 26, 2001. For the reasons set forth on the record, Plaintiff's motion for a TRO is DENIED.

**IT IS SO ORDERED.**

Dated: 11-26-2001

**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge

Copies to:
Magistrate Judge Brooks
All parties and counsel of record

00CV901