















KSR   11/27/01   10:08
3:01-CV-01777   SUSTEREN V. JONES
*26*
*MO.*

**Minutes of the United States District Court**
**Southern District of California**

Hon. <u>Barry Ted Moskowitz</u>      Deputy Clerk:<u>L. Hines</u>      Court Reporter:<u>L. Pence</u>

01CV1777-BTM      ADAM SUSTEREN      v.      BILL JONES ET AL
(POR)

                  PRO SE                      TIMOTHY BARRY
                                              SUSAN OIE (TELEPHONICALLY)

=======================================================================

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER - DENIED.
COURT TO ISSUE ORDER.

DATE:    <u>11-26-01</u>

Deputy