















APB   7/30/03   13:20
3:01-CV-01777   SUSTEREN V. JONES
*41*
*APPO.*



FILED

JUL 28 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 23 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

ADAM VAN SUSTEREN,

        Plaintiff - Appellant,

    v.

BILL JONES, in his official capacity as
California Secretary of State; MIKEL HAAS,
in his official capacity as Registrar of Voters;
SALLY MCPHERSON, in her official
capacity as Registrar of Voters for the County
of San Diego,

        Defendants - Appellees.

No. 01-57210

D.C. No.
CV-01-01777-BTM/LSP
Southern District of California,
San Diego

ORDER

Before: SCHROEDER, Chief Judge, GRABER, Circuit Judge, and Singleton,
District Judge.[1]

    The panel has voted to deny appellant's petition for rehearing and to deny
the petition for rehearing en banc.

    The full court has been advised of the petition for rehearing en banc and no
judge of the court has requested a vote on the petition for rehearing en banc. Fed.
R. App. P. 35(b).

    The petition for rehearing and petition for rehearing en banc are DENIED.

---

[1] The Honorable James K. Singleton, United States District Judge for the
District of Alaska, sitting by designation.

41